In the Matter of N. HERBERT LOUIS et al., Appellants, against WILLIAM HURD et al., Constituting the Board of Zoning Appeals of the Town of Harrison, Respondents.— In a proceeding under article 78 of the Civil Practice Act to review a determination of the board of zoning appeals of the Town of Harrison, Westchester County, it appears that the petition and notice of hearing were delivered to the acting clerk of the town. The order on appeal vacates the service and dismisses the proceeding on the ground that service was not effected upon a person or persons described by statute. (Town Law, § 267, subd. 7; Civ. Prac. Act, § 1289.) Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

■

In the Matter of the Estate of JOSEPH PERLOFF, Deceased. REBECCA PERLOFF, Respondent; MEYER E. REICH, Special Guardian for KARIN D. PERLOFF and Another, Infants, Appellant.— Proceeding by a widow pursuant to section 145-a of the Surrogate's Court Act to determine that she is entitled, under section 18 of the Decedent Estate Law, to take an intestate share against the provisions of the will. The appeal is from a decree of the Surrogate's Court, Queens County, which grants her petition, except that part of said decree which makes an allowance to the special guardian. Decree, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.

■

In the Matter of NICHOLAS PIUMELLI, Respondent, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Appellant.— Appeal from an order annulling appellant's determination, which revoked the taxicab owner's license of respondent, and directing that the license be reinstated and that a new license be issued. The license was revoked on the ground that respondent, the record owner, is not the true owner, and on the further ground that he had failed to comply with provisions of law and departmental regulations relating to duties and responsibilities of taxicab owners. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ.

■

In the Matter of HYMAN POLANSKY, Appellant, against NATHAN R. SOBEL, as Justice of the County Court of the County of Kings, et al., Respondents.— Order dismissing proceeding unanimously affirmed, with $10 costs and disbursements. The proceeding was properly dismissed as a matter of law. (Civ. Prac. Act., § 1285.) The authority of *Matter of Murtagh* v. *Leibowitz* (303 N. Y. 311) is not to the contrary. In that case there had not been, as here, a prior determination, which could be reviewed on appeal. In any event the dismissal of the proceeding was proper in the exercise of discretion. (*Matter of Hogan* v. *Court of General Sessions*, 296 N. Y. 1, 8, 9.) Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.